UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| Brenna Reali,<br><br>                   Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc., *et al.,*<br><br>                 Defendants. | Civil Action No. 2:12-cv-00012-DBH |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice and without costs.

Dated: April 24, 2012

/s/ Andrea Bopp Stark  
Andrea Bopp Stark  
andrea@molleurlaw.com  
Molleur Law Office  
419 Alfred Street  
Biddeford, ME 04005-3747  
207-283-3777  

Elizabeth A. Miller  
elizabethamiller@comcast.net  
125 Summer Street, Suite 1030  
Boston, MA 02110  
Telephone: (617) 478-4914  

*Attorneys for Plaintiff Brenna Reali*

/s/ Aaron Burns  
Aaron P. Burns  
aburns@pearcedow.com  
Pearce & Dow, LLC  
Two Monument Square, Ste. 901  
Portland, ME 04112-0108  
Telephone: (207) 822-9900  

Nicholas W. Haddad  
nwhaddad@jonesday.com  
Jones Day  
222 East 41st Street  
New York, NY 10017-6702  
Telephone: (212) 326-3679  
Facsimile: (212) 755-7306  

*Attorneys for Defendant Experian Information Solutions, Inc.*

2

| | |
|---|---|
| /s/ Rachel Goldwasser<br>Rachel A. Goldwasser<br>rgoldwasser@orr-reno.com<br>Orr & Reno, P.A.<br>One Eagle Square<br>P.O. Box  3550<br>Concord, NH  03302-3550<br>Telephone:  (603) 224-2381<br>Facsimile:  (603) 224-2318 | /s/ Eric J. Wycoff<br>Eric J. Wycoff<br>ewycoff@pierceatwood.com<br>PIERCE ATWOOD LLP<br>Merrill's Wharf<br>254 Commercial Street<br>Portland, ME 04101<br>Telephone: (207) 791-1100<br>Facsimile: (207) 791-1135 |
| Amanda E. Glowacki<br>aglowacki@schuckitlaw.com<br>Shuckit & Associates, P.C.<br>4545 Northwestern Drive<br>Zionsville, IN  46077<br>Telephone:  (317) 363-2400<br>Facsimile:  (317) 363-2257 | *Attorneys for Defendant MetLife Home Loans, a division of MetLife Bank, N.A.* |

*Attorneys for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

I, Martine Morin Boissonneault, hereby certify that on April 24, 2012, I electronically filed a true and accurate copy of the STIPULATION OF DISMISSAL WITH PREJUDICE using the CM/ECF system, which will send notification of such filing(s) to the following:

> Aaron P. Burns
> aburns@pearcedow.com
>
> Nicholas W. Haddad
> nwhaddad@jonesday.com
>
> Rachel A. Goldwasser
> rgoldwasser@orr-reno.com
>
> Amanda E. Glowacki
> aglowacki@schuckitlaw.com
>
> Eric J. Wycoff
> ewycoff@pierceatwood.com

Dated at Biddeford, Maine, this 24th day of April, 2012.

> MOLLEUR LAW OFFICE
>
> By: */s/ Martine Morin Boissonneault*
> Martine Morin Boissonneault
> 419 Alfred Street
> Biddeford, ME 04005-3747
> 207-283-3777
> 207-283-4558 Fax
> martine@molleurlaw.com